UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Derick Navarro Guillen,

        Petitioner

v.

Kristi Noem, et al.,

        Respondent

Case No.: 2:25-cv-02447-CDS-NJK

**Order Directing
Service of the Petition**

    Petitioner Humberto Perez, immigration detainee, has filed a counseled petition for writ of habeas corpus under 28 U.S.C. § 2241. Following a preliminary review of the petition, I direct that the petition be served on the respondents and direct the respondents to file a response.

    IT IS HEREBY ORDERED that the Clerk of Court:

1. **DELIVER** a copy of the petition (ECF No. 1) and this order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1) and this order to the United States Attorney's Office for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.Criste@usdoj.gov, Summer.Johnson@usdoj.gov and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the petition (ECF No. 1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    (a) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528;

      (b) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530;

      (c) Sirce Owens, Executive Office for Immigration Review, 5107 Leesburg Pike, Falls Church, VA 22041;

      (d) Las Vegas Immigration Court, 110 N. City Parkway, Las Vegas, NV 89106;

      (e) Todd Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536;

      (f) John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060;

      (g) Immigration Customs Enforcement Headquarters, 500 12th Street SW, Washington, DC 20536;

      (h) U.S. Department of Homeland Security, c/o Office of General Counsel, 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528-0485; and

      (i) Jason Knight, SLC Field Office/ERO, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096; and

      (j) Michael Bernacke, U.S. Immigration Customs Enforcement and Removal Operations, 501 S. Las Vegas Blvd. Ste 200, Las Vegas, NV 89101.

IT IS FURTHER ORDERED that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that counsel for the respondents file a notice of appearance by December 19, 2025, and file and serve their response to the petition by December 30, 2025, unless additional time is allowed for good cause shown.

IT IS FURTHER ORDERED that the petitioner has 7 days following the filing of the response to file a reply.

Dated: December 15, 2025

_____
Cristina D. Silva
United States District Judge