UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Derick Navarro Guillen,

        Petitioner

v.

Kristi Noem, et al.,

        Respondents

Case No.: 2:25-cv-02447-CDS-NJK

**Order Directing Respondents to File Supplemental Briefing and Petitioner to File a Status Report**

At the January 5, 2026 hearing, I instructed the respondents to supplement the record with information regarding the petitioner's processing. *See* Mins., ECF No. 17. I did so to address the gap in information as to the rescheduling, if any, of the petitioner's master calendar hearing—which was originally set for November 25, 2025, but was canceled due to his transfer to California City—and to determine if and how the petitioner and his counsel can communicate. *Id.* Though the respondents timely filed supplemental briefing, it merely states the email address of the assigned ERO office, which does provide some information about how the petitioner's counsel can attempt to contact the petitioner. But the supplement fails to provide an update as to the petitioner's removal proceedings or hearings. *See* Supp., ECF No. 16. Thus, I order the respondents to supplement the record with information regarding the status of the petitioner's scheduled proceedings. If a hearing in California has not been rescheduled, then the supplemental briefing must detail the reasons for that; if a hearing has been rescheduled, then the supplemental briefing must detail when it will take place. The briefing should also include any other information relevant to the petitioner's processing status. The respondents must file their supplemental briefing within one week of this order—that is, by January 20, 2026. I further order petitioner's counsel to file a status report within one week advising if he has been able to have any communication with his client.

Dated: January 13, 2026

                                                  _____
                                                  Cristina D. Silva
                                                  United States District Judge