UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Derick Navarro Guillen,

        Petitioner

v.

Kristi Noem, et al.,

        Respondents

Case No.: 2:25-cv-02447-CDS-NJK

**Order Setting Status Conference**

      I ordered the respondents to file supplemental briefing, and the petitioner to file a status report, containing specific information by January 20, 2026. Order, ECF No. 18. The petitioner timely filed his report, but it was non-responsive to the court's order directing him to advise if he had any communication with his client. Status, ECF No. 19. The respondents wholly failed to comply with my order.

      The parties are therefore ordered to appear for a status conference on January 30, 2026, at 10:00 a.m. in LV Courtroom 6B. The respondents must file a status report that comports with the January 13, 2026 order, no later than January 23, 2026.

Dated: January 22, 2026

                                    _____
                                    Cristina D. Silva
                                    United States District Judge